IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

1999 SEP 16  AM 9 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

GUILLERMO FERNANDEZ, et al.,     '

    Plaintiffs,     '

v.     '     CIVIL NO. 98-1876 (RLA)

TAMAYO Y CIA, INC., et al.,     '

    Defendants.     '

_____'

## OMNIBUS ORDER

The following matters pending in this action are hereby disposed of as follows.

### Answer to Complaint

The Notice of Appearance and Request for Enlargement of Time to Plead, filed on September 13, 1999 (docket No. **22**) is hereby **GRANTED.** Accordingly, codefendant ROYAL & SUN ALLIANCE INSURANCE COMPANY shall answer the complaint or otherwise plead **no later than October 13, 1999.**

### Experts' Depositions

The Motion to Continue the Depositions of Plaintiff's Medical Experts, filed by codefendant ROYAL & SUN ALLIANCE INSURANCE COMPANY on September 13, 1999 (docket No. **23**) is **DENIED.**

Given the identity of the interests between the defendant and its two insurers and the nature of the testimony to be elicited from the medical experts, the Court finds that modification of the

27

**CIVIL NO. 98-1876 (RLA)**                                           **Page 2**

1
2       discovery schedule is not warranted.   Accordingly, discovery shall
3       proceed according to the deadlines previously set by the Court.
4              This Order shall be notified by **FAX** and mail.
5              IT IS SO ORDERED.
6              San Juan, Puerto Rico, this 15th day of September, 1999.
7
8
9                                              ~RAYMOND L. ACOSTA
10                                        United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26