UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUILLERMO FERNANDEZ

V.                          CIVIL NO. 98-1876 (RLA)

TAMAYO & CIA., INC.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/13/99   **Docket #** 24<br><br>[X] Dft. ROYAL & SUN ALLIANCE INS. CO.<br><br>**Title:** MOTION REQUESTING NON-RESIDENT BOND | Codefendant having failed to argue the pertinent factors, the request is **GRANTED** but limited to **$250.00**. See Motion Regarding Non-resident Bond, filed by plaintiff on September 15, 1999 (docket No. 25). |

September 17, 1999           RAYMOND L. ACOSTA
    Date                     U.S. District Judge

Rec'd:           EOD:

By:   # 28

4