UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUILLERMO FERNANDEZ

V.                              CIVIL NO. 98-1876(RLA)

TAMAYO & CIA., INC.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99   **Docket #** 32<br>[X] Dfts.<br><br>**Title:** MOTION INFORMING NOTIFICATION OF MOTION FOR PARTIAL SUMMARY JUDGMENT AND ACCOMPANING (SIC) DOCUMENT | **NOTED.** Plaintiffs shall serve their opposition **no later than November 15, 1999** following the procedure set forth in the undersigned's Standing Order.<br><br>This Order shall be notified by **fax** and mail. |

November   3, 1999                RAYMOND L. ACOSTA
        Date                       U.S. District Judge

Rec'd:         EOD:

By:        #  33