UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

GUILLERMO FERNANDEZ

v.  CIVIL NO. 98-1876 (RLA)

TAMAYO & CIA., INC.

# O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/24/99    **Docket #** 35<br><br>[X] Dfts.<br><br>**Title:** MOTION INFORMING NOTIFICATION OF REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND OTHER DOCUMENT | **NOTED.** The parties shall continue to abide by the procedure set forth in the undesigned's Standing Order. |

December 6, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:          EOD:

By:          # 38