IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 14 AM 11: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| GUILLERMO FERNANDEZ, et al., | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-1876 (RLA) |
| TAMAYO Y CIA, INC., et al., | |
| Defendant. | |

### MINUTES OF SETTLEMENT CONFERENCE

At the SETTLEMENT CONFERENCE held on January 12, 2000 from 3:30 p.m. to 5:45 p.m. plaintiffs appeared through PEDRO SANTIAGO TORRES, ESQ. and MICHELLE PIRALLO-DICRISTINA, ESQ. Codefendants TAMAYO & CIA. and NATIONAL INS. CO. were represented by LUIS M. ANGELET FRAU, ESQ. and codefendants ROYAL & SUN ALLIANCE by EDMUNDO VAZQUEZ OTERO, ESQ.

The Motion for Partial Summary Judgment, filed by codefendants TAMAYO & CIA. and NATIONAL INS. CO. on December 8, 1999 (docket No. 40)[1] limiting plaintiff's claim for loss of income was **GRANTED**. After extensive negotiations the parties agreed to settle this case. Plaintiffs shall file a motion for voluntary dismissal **no later than January 21, 2000.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 13th day of January, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] See also plaintiff's Opposition (docket No. **41**); codefendants' Reply (docket No. **42**) and plaintiff's Sur-Reply (docket No. **43**).