UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



GUILLERMO FERNANDEZ

V.                                  CIVIL NO. 98-1876(RLA)

TAMAYO & CIA., INC.

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 1/13/2000 **Docket #** 44<br><br>[X] Plffs.<br><br>**Title:** MOTION REQUESTING RETURN OF NON-RESIDENT BOND | **GRANTED.** The Clerk of the Court shall return the $250.00 bond to plaintiffs' counsel or his authorized representative. |

January 19, 2000           RAYMOND L. ACOSTA
      Date                 U.S. District Judge

Rec'd:        EOD:

By:          # 47