IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GUILLERMO FERNANDEZ, et al.,

    Plaintiffs,

v.                                    CIVIL NO. 98-1876 (RLA)

TAMAYO Y CIA, INC., et al.,

    Defendants.

## FINAL JUDGMENT

Plaintiffs' Notice of Voluntary Dismissal with Prejudice filed on January 13, 2000 is hereby **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

It is further ORDERED AND ADJUDGED that once entered, this Judgment shall become final and unappealable.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 19th day of January, 2000.

                        RAYMOND L. ACOSTA
                        United States District Judge

*RECEIVED & FILED '00 JAN 21 AM 7:54 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

AO 72 (Rev 8/82)